# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

143115

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOHN T. RUDY and ANN LIZETTE RUDY,
      Plaintiffs-Appellees,

v

DAN LINTS and VICKI LINTS,
      Defendants-Appellants,

and

TREVOR LINTS/ESTATE OF TREVOR LINTS,
      Defendant.

SC: 143115
COA: 293501
Cass CC: 08-000138-CZ

_____/

      On order of the Court, the application for leave to appeal the February 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

Clerk

p0829